UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:24-CR-00064-1D

UNITED STATES OF AMERICA

vs.                                                    ORDER

MATTHEW JUAN GREGORY MORRISON

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on August 6, 2025, be turned over to Special Agent <u>Matthew Matos</u> to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 1 | Springfield Armory, model Hellcat, caliber 9mm Luger, bearing serial # BY510782 |
| 2 | Two 9mm magazines |
| 3 | 9mm ammunition (27 rounds) |
| 4 | Polymer80 PF940C pistol |
| 5 | Palmetto State Armory, Ghostgun-15, caliber multi, serial # BOO192620 |
| 6 | Two 5. 56 magazines |
| 7 | 5.56 Ammunition (59 rounds) |
| 8 | Suppressor |

This 6 day of August, 2025.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____