UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-00064-D-BM-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| MATTHEW JUAN GREGORY MORRISON | |

This matter is before the Court on the Defendant's Unopposed Motion to Reschedule the Sentencing Hearing. Upon good cause shown, it is hereby ORDERED that the sentencing hearing shall take place on November 12, 2025, at 9:00 a.m. ~~p.m.~~

SO ORDERED.

This 30 day of October, 2025.

JAMES C. DEVER III
United States District Judge